Decided 28 November, 1898.

## GIBBONS v. MOODY.

[55 Pac. 23.]

APPEAL—PLACE OF FILING TRANSCRIPT—TERMS OF COURT.—Under Hill's Ann. Laws, § 2327, subd. 3, providing that the transcripts in all appeals from certain counties shall be filed at Pendleton unless otherwise stipulated, a transcript from one of such counties filed at Salem after the expiration of an intervening term at Pendleton, and not in consequence of a stipulation or order, is not filed at the proper time or place, and the appeal must be dismissed: *Judkins* v. *Taffe*, 21 Or. 89, and *Connor* v. *Clark*, 30 Or. 382, applied.

From Wasco : W. L. BRADSHAW, Judge.

Proceedings by R. F. Gibbons and others against Z. F. Moody, executor, wherein the petitioners prevailed and the executor appeals. Petitioners move to dismiss the appeal.

*Mr. Bela S. Huntington*, for the motion.

No appearance *contra*.

DISMISSED.

PER CURIAM. This is a motion by Gibbons and others, respondents, to dismiss the appeal because the transcript of the cause was filed at Salem instead of Pendleton. The appeal is from Wasco County and was perfected March 16, 1898, The next succeeding term of this Court was held at Pendleton on the first Monday of May, and the transcript should have been filed there by the first day of the term, in the absence of a stipulation

33 OR.—38.

to the contrary (Hill's Ann. Laws, § 2327, subd. 3), but, instead, it was filed at Salem on the fourth day of October, 1898. Upon this state of the record, the motion must be allowed and the appeal dismissed, on the authority of *Judkins* v. *Taffe*, 21 Or. 89 (27 Pac. 221), and *Connor* v. *Clark*, 30 Or. 382 (48 Pac. 364). It is so ordered.

DISMISSED.